# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

September 21, 2016

Mr. Charles Leary
and
Mr. Vaughn Perret
140 Trout Point Road
Kemptville, Nova Scotia, B5A 5X9
Canada

    No. 16-60508    Trout Point Lodge, Limited, et al v. Doug Handshoe
                         USDC No. 1:12-CV-90

Dear Appellants,

The following pertains to your appellants' brief filed in paper form on September 20, 2016.

The appellants' brief is insufficient for the following reason and must be corrected within the next **14 days**:

- The separate "Statement of Facts Relevant to the Issues Submitted for Review" must be removed from the brief. Effective December 1, 2013, there was a Fifth Circuit Rule change that eliminated the need for a separate Statement of the Facts. Instead, the Court requires a concise Statement of the Case setting out the facts relevant to the issues submitted for review (See FED. R. APP. P 28(a)(6) and Fifth Circuit Rule 28.3(g)).

  Another acceptable option is that the separate "Statement of Facts Relevant to the Issues Submitted for Review" may be moved to appear as a sub-heading under a different section of the brief (i.e., the separate "Statement of Facts Relevant to the Issues Submitted for Review" may be moved to appear as a sub-heading under the "Statement of the Case" section of the brief).

  **Note**: The Table of Contents must be amended to reflect the changes made to the brief content.

You may:

1. Send someone to this office to correct the briefs;

2. Send someone to pick up the briefs, correct and return them;

3. Advise this office of a shipping account number, i.e., a FedEx, UPS, etc., account number, and we will return your briefs. You must then mail the corrected set of 7 briefs to this office;

4. Send a corrected set of 7 briefs and we will recycle those already on file.

Failure to timely provide a sufficient set of 7 appellants' brief paper copies to the Court may result in the dismissal of your appeal pursuant to 5TH CIR. R. 42.3.

The appellee's brief is due to be filed by October 24, 2016.

                                       Sincerely,

                                       LYLE W. CAYCE, Clerk

                                       By: _____
                                       Dantrell L. Johnson, Deputy Clerk
                                       504-310-7689

cc:
    Mr. G. Gerald Cruthird

**P.S. to Mr. Cruthird:** Attorneys must register for mandatory Electronic Case Filing (ECF) via the Fifth Circuit's website, www.ca5.uscourts.gov. Once you have registered for ECF, you must then electronically file an appearance form in this case (The appearance form is also found on the Court's website). Thereafter, you may gain access to the on-line electronic District Court record on appeal, and then electronically file the appellee's brief by the deadline of October 24, 2016.