## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

### NO: 16-60508

**VAUGHN PERRET**
**and CHARLES LEARY**                                        **APPELLANTS**



**VERSUS**

**DOUG K. HANDSHOE**
**APPELLEE**

---

## ON APPEAL FROM THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

---

### RECORD EXCEPTS

Charles Leary & Vaughn Perret, *pro se*
Email:  foodvacation@gmail.com
140 Trout Point Road
E. Kemptville, Nova Scotia B5A 5X9
Canada
Telephone: (902) 761-2142
Facsimile: (800) 980-0713

# TABLE OF CONTENTS

TAB

DOCKET SHEET (ROA.1-13) . . . . . . . . . . . . . . . . . . . . . . 1

NOTICE OF APPEAL (ROA.1977) . . . . . . . . . . . . . . . . . . . . 2

NOTICE OF REMOVAL &
STATE COURT RECORD (ROA.14-29) . . . . . . . . . . . . . . . . . . 3

TAB 1

CLOSED,APPEAL,JMR,JURY,REMOVAL

# U.S. District Court
## Southern District of Mississippi (Southern)
## CIVIL DOCKET FOR CASE #: 1:12-cv-00090-LG-JMR
## Internal Use Only

Trout Point Lodge, Limited et al v. Handshoe
Assigned to: Chief District Judge Louis Guirola, Jr
Referred to: Magistrate Judge John M. Roper
Case in other court: Circuit Court, Hancock County, 12-00103
Cause: 28:1441 Notice of Removal

Date Filed: 03/26/2012
Date Terminated: 12/19/2012
Jury Demand: None
Nature of Suit: 320 Assault Libel & Slander
Jurisdiction: Federal Question

<u>Plaintiff</u>

**Trout Point Lodge, Limited**
*a Nova Scotia Limited Company*

represented by **Henry F. Laird , Jr.**
JONES WALKER WAECHTER
POITEVENT CARRERE &
DENEGRE-Gulfport
2510 14th Street, Suite 1125
P. O. Drawer 160 (39502)
Gulfport, MS 39501
228/864-3094
Email: hlaird@joneswalker.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mary Judith Barnett**
M. JUDITH BARNETT, PA
1911 Dunbarton Drive
Jackson, MS 39216
601/981-4450
Fax: 601/981-4717
Email: mjbarnettpa@yahoo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**Vaughn Perret**

represented by **Vaughn Perret**
189 Trout Point Road
E. Kemptville, NS B5A 5X9
Canada
902-761-2142
PRO SE

**Henry F. Laird , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mary Judith Barnett**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Charles Leary**                                     represented by   **Charles Leary**
                                                                      189 Trout Point Road
                                                                      E. Kemptville, NS B5A 5X9
                                                                      Canada
                                                                      902-761-2142
                                                                      PRO SE

                                                                      **Henry F. Laird , Jr.**
                                                                      (See above for address)
                                                                      *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **Mary Judith Barnett**
                                                                      (See above for address)
                                                                      *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

**V.**

**Defendant**

**Doug K. Handshoe**                                 represented by   **G. Gerald Cruthird**
                                                                      G. GERALD CRUTHIRD, PA
                                                                      P. O. Box 1056
                                                                      121 Fourth Street
                                                                      Picayune, MS 39466
                                                                      601/798-0220
                                                                      Fax: 601/798-4591
                                                                      Email: picayunebarrister@cruthirdlaw.com
                                                                      *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **Jack E. Truitt - PHV**
                                                                      THE TRUITT LAW FIRM, LLC
                                                                      149 North New Hampshire Street
                                                                      Covington, LA 70433
                                                                      985/327-5266
                                                                      Fax: 985/327-5252
                                                                      Email: mail@truittlaw.com
                                                                      *PRO HAC VICE*
                                                                      *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 03/26/2012 | 1 (p.14) | NOTICE OF REMOVAL by Doug K. Handshoe from Circuit Court, Hancock County, case number 12-0103. ( Filing fee $ 350, receipt number 14643003198) |

16-60508.2

| | | |
|---|---|---|
| | | Pursuant to Rule L.U.Civ.R. 5(b): within 14 days removing party must electronically file the entire state court record as a single filing; and all parties shall, within fourteen days after the Case Management Conference, file as **separate docket items** any unresolved motions that were filed in state court which they wish to advance. (Attachments: # 1 (p.14) Exhibit A - Lower Court Motion to Enroll Foreign Judgment, # 2 (p.33) Exhibit B - Lower Court Notice of Removal, # 3 (p.72) Civil Cover Sheet)(avm) (Entered: 03/26/2012) |
| 03/26/2012 | | (Court only) ***Set Additionl Flags: Magistrate Judge JMR and "No CMC". (avm) (Entered: 03/26/2012) |
| 04/03/2012 | 2 (p.33) | State Court Record by Defendant Doug K. Handshoe (Cruthird, G.) (Entered: 04/03/2012) |
| 04/05/2012 | 3 (p.72) | MOTION for Status Conference by Charles Leary, Vaughn Perret, Trout Point Lodge, Limited (Laird, Henry) (Entered: 04/05/2012) |
| 04/05/2012 | | TEXT ORDER ONLY granting 3 (p.72) Motion for Status Conference.A telephonic status conference will be held on April 24,2012 at 10:45am. Plaintiff to initate the conference call. Confidential memoranda must be submitted on or prior to April 16,2012. No further written order shall be issued by this Court. Signed by Magistrate Judge John M. Roper on April 5,2012 (Nicaud, Jenny) (Entered: 04/05/2012) |
| 04/05/2012 | | Set/Reset Hearings: Telephonic Status Conference set for 4/24/2012 10:45 AM before Magistrate Judge John M. Roper (Nicaud, Jenny) (Entered: 04/05/2012) |
| 04/13/2012 | 4 (p.74) | MOTION for Jack E. Truitt to Appear Pro Hac Vice *Application for Admission Pro Hac Vice* by Doug K. Handshoe (Cruthird, G.) (Entered: 04/13/2012) |
| 04/13/2012 | | TEXT ORDER ONLY granting 4 (p.74) Motion to Appear Pro Hac Vice. The Court finds that the motion of Jack Truitt to appear pro hac vice on behalf of the Defendant should be granted in association with local counsel, upon payment of the appropriate fee and registration for electronic filing as required by this Court. No further written order shall be issued by this Court. Signed by Magistrate Judge John M. Roper on April 13,2012 (Nicaud, Jenny) (Entered: 04/13/2012) |
| 04/16/2012 | | DOCKET ANNOTATION as to #4: Motion and exhibits are filed as one main document. Exhibits should be scanned separately and docketed as properly identified attachments to the main document within the same docket entry. Attorney is directed to follow this procedure in future filings. L.U.Civ.R. 7.(b)(2). ADDITIONAL DOCKET ANNOTATION as to #4: Proposed orders are not to be electronically filed as a separate pleading or as an attachment to a pleading, but instead are to be provided to chambers by e-mail (Court's Administrative Procedures for Electronic Case Filing Sec.5.B.). (avm) (Entered: 04/16/2012) |
| 04/17/2012 | | Pro Hac Vice fee paid by Jack E Truitt, $ 100, receipt number 14643003283. (avm) (Entered: 04/17/2012) |
| 04/18/2012 | | (Court only) ***Attorney Jack E. Truitt - PHV for Doug K. Handshoe added. (wld) (Entered: 04/18/2012) |
| 04/24/2012 | | Minute Entry for proceedings held before Magistrate Judge John M. Roper: Status Conference held on 4/24/2012. Pursuant to a conference held on this date and after discussion among the parties, the Court determined that this matter may be resolved by dispositive motion. Parties will file dispositive motions within thirty days of receipt of the official transcript of the underlying proceeding held in Nova |

| | | |
|---|---|---|
| | | Scotia,Canada. Parties are ordered to exchange any transcripts retained.This matter is set on a three week calendar beginning January 14,2013.The pre-trial conference will be held December 19-21,2012. (Nicaud, Jenny) (Entered: 04/24/2012) |
| 04/24/2012 | | Set/Reset Hearings: Bench Trial set for a three week calendar beginning 1/14/2013 before Chief District Judge Louis Guirola Jr. Pretrial Conference set for 12/19-21/2012 before Chief District Judge Louis Guirola Jr. (Nicaud, Jenny) (Entered: 04/24/2012) |
| 05/09/2012 | 5 (p.82) | CASE MANAGEMENT ORDER: Discovery due by 7/20/2012. Motions due by 8/3/2012. Pretrial Conference set for December 19-21, 2012 in Courtroom 806 (Gulfport) before Chief District Judge Louis Guirola Jr. Bench Trial (legal issue submitted on briefs) set for January 14, 2013 to February 1, 2013 in Courtroom 806 (Gulfport) before Chief District Judge Louis Guirola Jr. Signed by Magistrate Judge John M. Roper on 5/9/2012. (VLK) (Entered: 05/09/2012) |
| 06/20/2012 | 6 (p.87) | MOTION for Summary Judgment by Charles Leary, Vaughn Perret, Trout Point Lodge, Limited (Attachments: # 1 (p.14) Exhibit "1" Affidavit of Service; 1st Amended Notice of Action; 1st Amended Statement of Claim, # 2 (p.33) Exhibit "2" Order on Damages, # 3 (p.72) Exhibit "3" Order for Judgment Against Douglas K. Handshoe, # 4 (p.74) Exhibit "4" Motion to Enroll Foreign Judgment, # 5 (p.82) Exhibit "5" Supreme Court of Nova Scotia Decision, # 6 (p.87) Exhibit "6" Hearing Book Exhibits for Damages (Part 1), # 7 (p.529) Exhibit "6" Hearing Book Exhibits for Damages (Part 2), # 8 (p.620) Exhibit "6" Heairng Book Exhibits for Damages (Part 3), # 9 (p.799) Exhibit "6" Hearing Book Exhibits for Damages (Part 4), # 10 (p.799) Exhibit "6" Hearing Book Exhibits for Damages (Part 5), # 11 (p.976) Exhibit "6" Hearing Book Exhibits for Damages (Part 6), # 12 (p.985) Exhibit "6" Hearing Book Exhibits for Damages (Part 7), # 13 (p.988) Exhibit "7" Affidavit of Charles L. Leary)(Laird, Henry) (Entered: 06/20/2012) |
| 06/20/2012 | 7 (p.529) | MEMORANDUM IN SUPPORT re 6 (p.87) MOTION for Summary Judgment filed by Charles Leary, Vaughn Perret, Trout Point Lodge, Limited (Attachments: # 1 (p.14) Appendix Hill v. Church of Scientology of Toronto)(Laird, Henry) (Entered: 06/20/2012) |
| 06/27/2012 | 8 (p.620) | MOTION for Summary Judgment by Doug K. Handshoe (Attachments: # 1 (p.14) Exhibit 1, # 2 (p.33) Exhibit 2, # 3 (p.72) Exhibit 3, # 4 (p.74) Exhibit 4, # 5 (p.82) Exhibit 5)(Truitt - PHV, Jack) (Entered: 06/27/2012) |
| 06/27/2012 | | DOCKET ANNOTATION as to #8: Memoranda in support should be filed separately and shown as a related document to the motion (Court's Administrative Procedures for Electronic Case Filing Sec. 3.A.7). Attorney is directed to file the Memorandum as a separate document and link it to the appropriate document. (avm) (Entered: 06/27/2012) |
| 06/27/2012 | | DOCKET ANNOTATION as to #8: Pursuant to Fed.R.Civ.P. Rule 84, appendix form 2 states that date, signature, address, e-mail address and telephone number are used at the conclusion of pleadings and other papers that require a signature. Main document is undated, but the date will be construed as the date of electronic filing. Attorney is advised to follow this rule in future filings and in the re-filing of the memorandum. (avm) (Entered: 06/27/2012) |
| 06/27/2012 | | DOCKET ANNOTATION as to #8: L.U.Civ.R. 7(b)(2) requires that all supporting exhibits to a document be denominated by an exhibit letter or number and a meaningful description. Attorney is advised to follow this rule in future filings. |

| | | |
|---|---|---|
| | | (avm) (Entered: 06/27/2012) |
| 06/27/2012 | 9 | ** DISREGARD - SEE DOCKET ENTRY #10 FOR COMPLETE MEMORANDUM WITH EXHIBITS ** MEMORANDUM in Support re 8 (p.620) MOTION for Summary Judgment filed by Doug K. Handshoe (Truitt - PHV, Jack) Modified on 6/28/2012 to delete docket entry relationship to pending motion (avm). (Entered: 06/27/2012) |
| 06/28/2012 | | DOCKET ANNOTATION as to #9: Pursuant to Fed.R.Cr.P. Rule 49(d) and Fed.R.Civ.P. Rule 84, appendix form 2 states that date, signature, address, e-mail address and telephone number are used at the conclusion of pleadings and other papers that require a signature. Document is undated (on the respectfully submitted page), but the date will be construed as the date of electronic filing. Attorney is advised to follow this rule in future filings. See second annotation entered on 6/27/12 regarding dating documents. (RLW) (Entered: 06/28/2012) |
| 06/28/2012 | 10 (p.799) | MEMORANDUM in Support re 8 (p.620) MOTION for Summary Judgment filed by Doug K. Handshoe (Attachments: # 1 (p.14) Supplement Statement of Uncontested Material Facts, # 2 (p.33) Exhibit Exhibit 1 - Affidavit of Douglas Handshoe, # 3 (p.72) Exhibit Exhibit 2 - 2.1.12 Decision re TPL v. DH (Nova Scotia), # 4 (p.74) Exhibit Exhibit 3 - Investorshub v. Mina Mar Judgment, # 5 (p.82) Exhibit Exhibit 4 - Grant v. Torstar, # 6 (p.87) Exhibit Exhibit 5 - Hill v. Church of Scientology)(Truitt - PHV, Jack) (Entered: 06/28/2012) |
| 06/28/2012 | 11 (p.976) | MEMORANDUM in Opposition re 6 (p.87) MOTION for Summary Judgment filed by Doug K. Handshoe (Truitt - PHV, Jack) (Entered: 06/28/2012) |
| 07/02/2012 | 12 (p.985) | MOTION for Extension of Time to File Response/Reply as to 11 (p.976) Memorandum in Opposition to Motion, 6 (p.87) MOTION for Summary Judgment by Charles Leary, Vaughn Perret, Trout Point Lodge, Limited (Laird, Henry) (Entered: 07/02/2012) |
| 07/02/2012 | 13 (p.988) | MOTION for Extension of Time to File Response/Reply as to 8 (p.620) MOTION for Summary Judgment by Charles Leary, Vaughn Perret, Trout Point Lodge, Limited (Laird, Henry) (Entered: 07/02/2012) |
| 07/03/2012 | 14 (p.991) | Amended MOTION for Extension of Time to File Response/Reply as to 13 (p.988) MOTION for Extension of Time to File Response/Reply as to 8 (p.620) MOTION for Summary Judgment by Charles Leary, Vaughn Perret, Trout Point Lodge, Limited (Laird, Henry) (Entered: 07/03/2012) |
| 07/03/2012 | | TEXT ONLY ORDER granting Plaintiffs' 12 (p.985) Motion for Extension of Time to File Reply re 6 (p.87) MOTION for Summary Judgment. Plaintiffs' Reply is due by 7/11/2012. NO FURTHER WRITTEN ORDER WILL ISSUE FROM THE COURT. Signed by Chief District Judge Louis Guirola, Jr on 7/3/12 (ESN) (Entered: 07/03/2012) |
| 07/03/2012 | | TEXT ONLY ORDER granting Plaintiffs' 14 (p.991) Motion for Extension of Time to File Response re Defendant's 8 (p.620) MOTION for Summary Judgment. Response is due by 7/25/2012. NO FURTHER WRITTEN ORDER WILL ISSUE FROM THE COURT. Signed by Chief District Judge Louis Guirola, Jr on 7/3/12. (ESN) (Entered: 07/03/2012) |
| 07/03/2012 | | TEXT ONLY ORDER finding as moot 13 (p.988) Motion for Extension of Time to File Response/Reply. NO FURTHER WRITTEN ORDER WILL ISSUE FROM THE COURT. Signed by Chief District Judge Louis Guirola, Jr on 7/3/12 (ESN) |

| | | (Entered: 07/03/2012) |
|---|---|---|
| 07/03/2012 | **15** **(p.994)** | Unopposed MOTION for Extension of Time to File Response/Reply as to 11 (p.976) Memorandum in Opposition to Motion *for Summary Judgment* by Doug K. Handshoe (Truitt - PHV, Jack) (Entered: 07/03/2012) |
| 07/05/2012 | | TEXT ONLY ORDER granting Defendant's 15 (p.994) Motion for Extension of Time to File Reply re 8 (p.620) MOTION for Summary Judgment. Reply due by 7/23/2012. Signed by Chief District Judge Louis Guirola, Jr. on 7/5/2012. (ESN) (Entered: 07/05/2012) |
| 07/11/2012 | **16** **(p.996)** | Rebuttal re 11 (p.976) Memorandum in Opposition to Motion *for Summary Judgment* filed by Charles Leary, Vaughn Perret, Trout Point Lodge, Limited (Attachments: # 1 (p.14) Appendix Nova Scotia Civil Procedure Rules Part 3 Rule 8 and Part 7 Rule 31)(Laird, Henry) Modified on 7/11/2012 to add document link (avm). (Entered: 07/11/2012) |
| 07/11/2012 | **17** **(p.1025)** | AFFIDAVIT re 6 (p.87) MOTION for Summary Judgment by Charles Leary, Vaughn Perret, Trout Point Lodge, Limited (Attachments: # 1 (p.14) Exhibit "A" Newspaper article, # 2 (p.33) Exhibit "B" Print out of Google Searches, # 3 (p.72) Exhibit "C" Transcript of Supreme Court Proceeding dated January 30, 2012 and January 31, 2012, # 4 (p.74) Exhibit Fax received from Nova Scotia Court from D. Handshoe)(Laird, Henry) (Entered: 07/11/2012) |
| 07/11/2012 | **18** **(p.1078)** | AFFIDAVIT re 6 (p.87) MOTION for Summary Judgment by Charles Leary, Vaughn Perret, Trout Point Lodge, Limited (Attachments: # 1 (p.14) Exhibit "A" Klout Assessment of Slabbed's Twitter Account)(Laird, Henry) (Entered: 07/11/2012) |
| 07/11/2012 | | DOCKET ANNOTATION as to #16: Incorrect linkage made. Rebuttal should be linked to original Motion, as all related filings to motions (using the "Responses and Replies" category, with the exception of "Response to Order") should be linked back to the original motion. Court staff has made the correction. (avm) (Entered: 07/11/2012) |
| 07/21/2012 | **19** **(p.1086)** | RESPONSE to Memorandum re 16 (p.996) Rebuttal, *Memorandum in Opposition to Defendant's Motion for Summary Judgment* filed by Doug K. Handshoe (Attachments: # 1 (p.14) Exhibit Exhibit 1 - Factual Basis of Karen Broussard, # 2 (p.33) Exhibit Exhibit 2 - Internet Posting of Trout Point)(Truitt - PHV, Jack) Modified on 7/24/2012 to add document link to original motion (avm). (Entered: 07/21/2012) |
| 07/24/2012 | | DOCKET ANNOTATION as to #19: Incorrect linkage made. Response should be linked to original motion 6 (p.87) , as all related filings to motions (using the "Responses and Replies" category, with the exception of "Response to Order") should be linked back to the original motion. Court staff has made the correction. (avm) (Entered: 07/24/2012) |
| 07/25/2012 | **20** **(p.1118)** | Response in Opposition re 10 (p.799) MEMORANDUM in Support re 8 (p.620) MOTION for Summary Judgment filed by Doug K. Handshoe (Attachments: # 1 (p.14) Supplement Statement of Uncontested Material Facts, # 2 Exhibit Exhibit 1 - Affidavit of Douglas Handshoe, # 3 Exhibit Exhibit 2 - 2.1.12 Decision re TPL v. DH (Nova Scotia), # 4 Exhibit Exhibit 3 - Investorshub v. Mina Mar Judgment, # 5 Exhibit Exhibit 4 - Grant v. Torstar, # 6 Exhibit Exhibit 5 - Hill v. Church of Scientology)(Truitt - PHV, Jack) filed by Charles Leary, Vaughn Perret, Trout Point Lodge, Limited (Attachments: # 1 (p.14) Appendix "1" Accusation of Criminality |

| | | |
|---|---|---|
| | | and Moral Laxities)(Laird, Henry) (Entered: 07/25/2012) |
| 07/25/2012 | 21 (p.1146) | AFFIDAVIT re 20 (p.1118) Response in Opposition,, *of Charles Leary* by Charles Leary, Vaughn Perret, Trout Point Lodge, Limited (Laird, Henry) Modified on 7/25/2012 to add link to 8 (p.620) motion (avm). (Entered: 07/25/2012) |
| 07/25/2012 | 22 (p.1174) | AFFIDAVIT re 20 (p.1118) Response in Opposition,, *of Daniel Gillis* by Charles Leary, Vaughn Perret, Trout Point Lodge, Limited (Laird, Henry) Modified on 7/25/2012 to add link to 8 (p.620) motion (avm). (Entered: 07/25/2012) |
| 07/25/2012 | | DOCKET ANNOTATION as to #21 and #22: Incorrect linkage made. Affidavits should be linked to motion for summary judgment, as all related filings to motions should be linked back to the original motion. Court staff has made the correction. (avm) (Entered: 07/25/2012) |
| 07/27/2012 | 23 | ** DISREGARD - MOTION WITHDRAWN PURSUANT TO ORDER OF 12/8/2012 ** MOTION to Strike 19 (p.1086) Response to Memorandum, *of Defndant Douglas Handshoe* by Charles Leary, Vaughn Perret, Trout Point Lodge, Limited (Laird, Henry) Modified on 8/9/2012 (avm). (Entered: 07/27/2012) |
| 07/27/2012 | 24 (p.1175) | MEMORANDUM in Support re 23 MOTION to Strike 19 (p.1086) Response to Memorandum, *of Defndant Douglas Handshoe* filed by Charles Leary, Vaughn Perret, Trout Point Lodge, Limited (Laird, Henry) (Entered: 07/27/2012) |
| 07/30/2012 | 25 (p.1178) | MOTION to Withdraw 23 MOTION to Strike 19 (p.1086) Response to Memorandum, *of Defndant Douglas Handshoe*, 19 (p.1086) Response to Memorandum, by Charles Leary, Vaughn Perret, Trout Point Lodge, Limited (Laird, Henry) (Entered: 07/30/2012) |
| 08/02/2012 | 26 (p.1180) | MOTION to file additional briefs on cross motions for summary jugdment or in the alternative to strike brief of Defendant re 8 (p.620) MOTION for Summary Judgment, 6 (p.87) MOTION for Summary Judgment, 19 (p.1086) Response to Memorandum, by Charles Leary, Vaughn Perret, Trout Point Lodge, Limited (Laird, Henry) (Entered: 08/02/2012) |
| 08/06/2012 | 27 (p.1185) | REPLY to Response to Motion re 16 (p.996) Rebuttal, *Supplemental Reply Memorandum* filed by Doug K. Handshoe (Attachments: # 1 (p.14) Exhibit nola.com article, # 2 (p.33) Exhibit Karen Parker Factual Basis, # 3 (p.72) Exhibit Trout Point blog post, # 4 (p.74) Exhibit D'Aquila letter, # 5 (p.82) Exhibit Slabbed blog post, # 6 (p.87) Exhibit ACOA lawsuit, # 7 (p.529) Exhibit Loeb resume, # 8 (p.620) Exhibit ACOA lawsuit 2, # 9 Exhibit Frank Magazine Issue 577)(Truitt - PHV, Jack) Modified on 8/7/2012 to add document link to 6 (p.87) motion for summary judgment (avm). (Entered: 08/06/2012) |
| 08/07/2012 | | DOCKET ANNOTATION as to #27: pursuant to previous docket annotations dated 7/11/2012, 7/24/2012, and 7/25/2012, incorrect linkage made. Reply to response to motion should be linked to 6 (p.87) original motion for summary judgment, as all related filings to motions (using the "Responses and Replies" category, with the exception of "Response to Order") should be linked back to the original motion. Court staff has made the correction. (avm) (Entered: 08/07/2012) |
| 08/07/2012 | 28 (p.1285) | MOTION to Strike 27 (p.1185) Reply to Response to Motion,, *of Douglas K. Handshoe* by Charles Leary, Vaughn Perret, Trout Point Lodge, Limited (Laird, Henry) (Entered: 08/07/2012) |
| 08/08/2012 | | |

| | | |
|---|---|---|
| | | TEXT ONLY ORDER granting 26 (p.1180) Motion for Additional Briefing. Plaintiff may file a reply to Defendant's 27 (p.1185) reply brief. Plaintiffs' brief shall be due on or before 8/21/12. NO FURTHER WRITTEN ORDER WILL ISSUE FROM THE COURT. Signed by Chief District Judge Louis Guirola, Jr on 8/8/12. (ESN) (Entered: 08/08/2012) |
| 08/08/2012 | | TEXT ONLY ORDER finding as moot Plaintiffs' 28 (p.1285) Motion to Strike. NO FURTHER WRITTEN ORDER WILL ISSUE FROM THE COURT. Signed by Chief District Judge Louis Guirola, Jr on 8/8/12 (ESN) (Entered: 08/08/2012) |
| 08/08/2012 | | TEXT ONLY ORDER granting Plaintiffs' 25 (p.1178) Motion to Withdraw Motion to Strike 23 . NO FURTHER WRITTEN ORDER WILL ISSUE FROM THE COURT. Signed by Chief District Judge Louis Guirola, Jr on 8/8/12 (ESN) (Entered: 08/08/2012) |
| 08/09/2012 | | (Court only) ***Motions terminated: 23 MOTION to Strike 19 (p.1086) Response to Memorandum, *of Defndant Douglas Handshoe* filed by Trout Point Lodge, Limited, Vaughn Perret, Charles Leary, pursuant to order of 8/8/2012 granting motion to withdraw. (avm) (Entered: 08/09/2012) |
| 08/21/2012 | 29 (p.1287) | MEMORANDUM IN OPPOSITION re 27 (p.1185) Reply to Response to Motion, filed by Charles Leary, Vaughn Perret, Trout Point Lodge, Limited (Laird, Henry) Modified on 8/22/2012 to add link to motion 6 (p.87) (wld). (Entered: 08/21/2012) |
| 08/21/2012 | 30 (p.1311) | AFFIDAVIT in Support re 29 (p.1287) Memorandum in Opposition *(Affidavit of Charles Leary)* by Charles Leary, Vaughn Perret, Trout Point Lodge, Limited (Laird, Henry) (Entered: 08/21/2012) |
| 08/21/2012 | 31 (p.1330) | AFFIDAVIT in Support re 29 (p.1287) Memorandum in Opposition *(Affidavit of Vaughn Perret)* by Charles Leary, Vaughn Perret, Trout Point Lodge, Limited (Laird, Henry) (Entered: 08/21/2012) |
| 08/21/2012 | 32 (p.1334) | AFFIDAVIT in Support re 29 (p.1287) Memorandum in Opposition *(Affidavit of Sheri Leigh White)* by Charles Leary, Vaughn Perret, Trout Point Lodge, Limited (Laird, Henry) (Entered: 08/21/2012) |
| 08/22/2012 | | Docket Annotation as to Doc. #29. Incorrect linkage made. This memorandum should have been linked to motion #6. All related filings to motions (using the "Responses and Replies" category, with the exception of "Response to Order") should also be linked back to the original motion. Court staff has made the correction.(wld) (Entered: 08/22/2012) |
| 09/10/2012 | | Set/Reset Hearings: Settlement Conference set for 11/29/2012 01:30 PM before Magistrate Judge John M. Roper. PARTIES WITH FULL SETTLEMENT AUTHORITY MUST BE PRESENT. CONFIDENTIAL SETTLEMENT AUTHORITY MUST BE SUBMITTED ON OR PRIOR TO NOVEMBER 14,2012. (Nicaud, Jenny) (Entered: 09/10/2012) |
| 09/11/2012 | 33 (p.1336) | Emergency MOTION to Expedite Decision on Cross Motions for Summary Judgment, MOTION for Status Conference by Charles Leary, Vaughn Perret, Trout Point Lodge, Limited (Attachments: # 1 (p.14) Exhibit "A" Defamatory Blogg dated September 11, 2012, # 2 (p.33) Exhibit "B" (Part 1 of 2) Broussard Criminal case pleading, # 3 (p.72) Exhibit "B" (Part 2 of 2) Broussard Criminal case pleading)(Laird, Henry). Added MOTION for Status Conference on 9/13/2012 (JCH). (Entered: 09/11/2012) |

| 09/12/2012 | | Reset Hearing: Due to a conflict with the Court's calendar, the Settlement Conference is RESET to 11/15/2012 01:30 PM before Magistrate Judge John M. Roper. PARTIES WITH FULL SETTLEMENT AUTHORITY MUST BE PRESENT. CONFIDENTIAL SETTLEMENT AUTHORITY MUST BE SUBMITTED ON OR PRIOR TO NOVEMBER 8, 2012 (VLK) (Entered: 09/12/2012) |
|---|---|---|
| 09/13/2012 | | DOCKET ANNOTATION as to # 33. This document requests several motion reliefs. Every motion relief should be selected from the list of motion titles or each relief docketed separately. The same PDF document may be used for all motion filing entries. It is not necessary to refile as court staff has made the necessary correction. Attorney is advised to follow this procedure in future filings. (JCH) (Entered: 09/13/2012) |
| 11/15/2012 | | Minute Entry for proceedings held before Magistrate Judge John M. Roper: Settlement Conference held on 11/15/2012. Settlement was not reached. (Entered: 11/15/2012) |
| 11/21/2012 | **34** (p.1498) | NOTICE of Hearing: Pretrial Conference set for 12/20/2012 at 3:30 PM in Courtroom 806 (Gulfport) before Chief District Judge Louis Guirola, Jr. (CG) (Entered: 11/21/2012) |
| 12/19/2012 | **35** (p.1503) | ORDER denying 6 (p.87) Plaintiffs' Motion for Summary Judgment; granting 8 (p.620) Defendant's Motion for Summary Judgment. Signed by Chief District Judge Louis Guirola, Jr on 12/19/2012. (avm) (Entered: 12/19/2012) |
| 12/19/2012 | **36** (p.1522) | JUDGMENT in favor of Defendant Doug K. Handshoe against Plaintiffs Trout Point Lodge, Limited, Charles Leary, Vaughn Perret; this case is hereby dismissed with prejudice. Signed by Chief District Judge Louis Guirola, Jr on 12/19/2012. (avm) (Entered: 12/19/2012) |
| 12/26/2012 | **37** (p.1523) | NOTICE OF APPEAL as to 35 (p.1503) Order on Motion for Summary Judgment, 36 (p.1522) Judgment by Charles Leary, Vaughn Perret, Trout Point Lodge, Limited. Filing fee $ 455, receipt number 14643004084. (avm) (Entered: 12/27/2012) |
| 12/27/2012 | **38** (p.1525) | MOTION for Bond *on Appeal Filed by Plaintiffs* by Doug K. Handshoe (Truitt - PHV, Jack) (Entered: 12/27/2012) |
| 01/03/2013 | **39** (p.1528) | MOTION for Extension of Time to File Response/Reply as to 38 (p.1525) MOTION for Bond *on Appeal Filed by Plaintiffs* by Charles Leary, Vaughn Perret, Trout Point Lodge, Limited (Laird, Henry) (Entered: 01/03/2013) |
| 01/04/2013 | | Appeal Remark re 37 (p.1523) Notice of Appeal : notification to USCA 5th that the appeal record in the matter is complete and has been certified. (avm) (Entered: 01/04/2013) |
| 01/08/2013 | **40** (p.1531) | RESPONSE in Opposition re 39 (p.1528) MOTION for Extension of Time to File Response/Reply as to 38 (p.1525) MOTION for Bond *on Appeal Filed by Plaintiffs* filed by Doug K. Handshoe (Truitt - PHV, Jack) (Entered: 01/08/2013) |
| 01/09/2013 | **41** (p.1533) | REPLY to Response to Motion re 39 (p.1528) MOTION for Extension of Time to File Response/Reply as to 38 (p.1525) MOTION for Bond *on Appeal Filed by Plaintiffs*, 40 (p.1531) Response in Opposition to Motion filed by Charles Leary, Vaughn Perret, Trout Point Lodge, Limited (Laird, Henry) (Entered: 01/09/2013) |
| 01/11/2013 | | TEXT ONLY ORDER granting Plaintiffs' 39 (p.1528) Motion for Extension of |

| | | |
|---|---|---|
| | | Time to File Response re 38 (p.1525) MOTION for Bond *on Appeal Filed by Plaintiffs*. Responses due by 1/22/2013. NO FURTHER WRITTEN ORDER WILL ISSUE FROM THE COURT. Signed by Chief District Judge Louis Guirola, Jr. on 1/11/2013. (ESN) (Entered: 01/11/2013) |
| 01/17/2013 | 42 (p.1535) | Attorney receipt for appeal record, 6 Volumes, by office of Henry Laird. (avm) (Entered: 01/17/2013) |
| 01/22/2013 | 43 (p.1536) | Response in Opposition re 38 (p.1525) MOTION for Bond *on Appeal Filed by Plaintiffs* by Doug K. Handshoe (Truitt - PHV, Jack) filed by Charles Leary, Vaughn Perret, Trout Point Lodge, Limited (Laird, Henry) (Entered: 01/22/2013) |
| 01/22/2013 | 44 (p.1538) | MEMORANDUM in Opposition re 38 (p.1525) MOTION for Bond *on Appeal Filed by Plaintiffs* filed by Charles Leary, Vaughn Perret, Trout Point Lodge, Limited (Attachments: # 1 (p.14) Exhibit "A" Affidavit of Daniel G. Abel)(Laird, Henry) (Entered: 01/22/2013) |
| 01/29/2013 | 45 (p.1558) | MOTION for Leave to File *Reply Memorandum* by Doug K. Handshoe (Truitt - PHV, Jack) (Entered: 01/29/2013) |
| 01/29/2013 | 46 (p.1560) | REPLY to Response to 38 (p.1525) Motion to Require Cost Bond re 44 (p.1538) Memorandum in Opposition to Motion to Require Cost Bond for Appeal filed by Doug K. Handshoe (Truitt - PHV, Jack) Modified on 1/30/2013 to add linkage (PKS). (Entered: 01/29/2013) |
| 01/30/2013 | | DOCKET ANNOTATION as to #46: Incorrect linkage made. Reply should be linked to 38 (p.1525) Motion to Require Cost Bond for Appeal. All related filings to motions (using the "Responses and Replies" category, with the exception of "Response to Order") should be linked back to the original motion. Court staff has made the correction. (PKS) (Entered: 01/30/2013) |
| 02/25/2013 | | TEXT ORDER finding as moot 45 (p.1558) Motion for Leave to File. A Reply memorandum was filed on 01/29/2013. NO FURTHER WRITTEN ORDER WILL FOLLOW. Signed by Chief District Judge Louis Guirola, Jr on 02/25/2013 (Guirola, Louis) (Entered: 02/25/2013) |
| 02/25/2013 | 47 (p.1563) | ORDER denying 38 (p.1525) Motion for Bond Signed by Chief District Judge Louis Guirola, Jr on 02/25/2013 (Guirola, Louis) (Entered: 02/25/2013) |
| 04/08/2013 | 48 (p.1567) | Letter from Daniel G. Abel to the Court (Guirola, Louis) (Entered: 04/08/2013) |
| 06/06/2013 | 49 (p.1572) | ORDER of USCA as to 37 (p.1523) Notice of Appeal filed by Trout Point Lodge, Limited, Vaughn Perret, Charles Leary : appellants' motion for reconsideration of the order of 4/25/2013 denying motion to supplement record on appeal is granted. (Attachments: # 1 (p.14) USCA Letter)(avm) (Entered: 06/07/2013) |
| 09/10/2013 | 50 (p.1574) | MOTION for Taxation of Costs by Doug K. Handshoe (Attachments: # 1 (p.14) Memorandum In Support, # 2 (p.33) Exhibit 1 to Memorandum)(Truitt - PHV, Jack) (Entered: 09/10/2013) |
| 09/11/2013 | | Docket Annotation as to Doc. #50. Pursuant to Fed.R.Civ.P. Rule 84, appendix form 2 states that date, signature, address, e-mail address and telephone number are used at the conclusion of pleadings and other papers that require a signature. Document is undated, but the date will be construed as the date of electronic filing. Attorney is advised to follow this rule in future filings by dating the main document. Also, |

| | | |
|---|---|---|
| | | memoranda in support should be filed separately and shown as a related document to the motion (Court's Administrative Procedures for Electronic Case Filing Sec. 3.A.7). Attorney is directed to file the Memorandum as a separate document and link it to the appropriate document. The event code "memorandum in support of motion" can be found under "responses and replies".(wld) (Entered: 09/11/2013) |
| 09/11/2013 | 51 (p.1590) | MEMORANDUM in Support re 50 (p.1574) MOTION for Taxation of Costs filed by Doug K. Handshoe (Attachments: # 1 (p.14) Exhibit 1)(Truitt - PHV, Jack) (Entered: 09/11/2013) |
| 09/25/2013 | 52 (p.1604) | RESPONSE in Opposition re 50 (p.1574) MOTION for Taxation of Costs filed by Charles Leary, Vaughn Perret, Trout Point Lodge, Limited (Attachments: # 1 (p.14) Exhibit "A" Slip Opinion)(Laird, Henry) (Entered: 09/25/2013) |
| 10/02/2013 | 53 (p.1620) | MOTION for Leave to File *Reply Memorandum to Opposition to Motion to Tax Attorney's Fees* by Doug K. Handshoe (Attachments: # 1 (p.14) Exhibit Reply Memorandum to Opposition to Motion to Tax Attorney's Fees, # 2 (p.33) Exhibit Exhibit 1 to Reply Memorandum)(Truitt - PHV, Jack) (Entered: 10/02/2013) |
| 10/30/2013 | 54 (p.1636) | Copy of Opinion - USCA re 37 (p.1523) Notice of Appeal (wld) (Entered: 10/30/2013) |
| 10/30/2013 | 55 (p.1661) | CERTIFIED COPY OF USCA JUDGMENT/MANDATE as to 37 (p.1523) Notice of Appeal filed by Trout Point Lodge, Limited, Vaughn Perret, Charles Leary. Judgment of the District Court is affirmed. (Attachments: # 1 (p.14) Cover Letter, # 2 (p.33) Bill of Costs)(wld) (Entered: 10/30/2013) |
| 12/11/2013 | 56 (p.1665) | ORDER granting 50 (p.1574) Motion for Taxation of Costs. Plaintiff is awarded statutory attorney fees in the amount of $48,000.00 pursuant to Title 28, United States Code, Section 4105. Signed by Chief District Judge Louis Guirola, Jr on 12/11/2013 (Guirola, Louis) (Entered: 12/11/2013) |
| 12/11/2013 | | TEXT ORDER finding as moot 53 (p.1620) Motion for Leave to File. NO FURTHER WRITTEN ORDER WILL FOLLOW. Signed by Chief District Judge Louis Guirola, Jr on 12/11/2013 (Guirola, Louis) (Entered: 12/11/2013) |
| 05/14/2014 | 57 (p.1684) | NOTICE *of Withdrawal as Counsel* by Charles Leary, Vaughn Perret, Trout Point Lodge, Limited (Laird, Henry) (Entered: 05/14/2014) |
| 05/19/2014 | 58 (p.1687) | NOTICE of Appearance by Mary Judith Barnett on behalf of All Plaintiffs (Barnett, Mary) (Entered: 05/19/2014) |
| 05/27/2014 | 59 | (DISREGARD/FILED IN ERROR)ORDER of USCA: appellants' motion for reconsideration of the clerk's order of April 25, 2013, denying appellants' motion to supplement the record on appeal, to which there has been no response filed, is Granted. (Attachments: # 1 (p.14) Cover Letter)(wld) Modified on 5/27/2014 (wld). (Entered: 05/27/2014) |
| 05/27/2014 | | DOCKET ANNOTATION as to #59. Please disregard. This document was previously filed. (wld) (Entered: 05/27/2014) |
| 05/27/2014 | 60 (p.1689) | Appeal Remark re 37 (p.1523) Notice of Appeal : Cover Letter from U.S. Court of Appeals returning 1 envelope of exhibits. (Attachments: # 1 (p.14) Exhibits)(wld) (Entered: 05/27/2014) |
| 10/08/2014 | 61 (p.1725) | MOTION for Writ of Garnishment *on Judgment* by Doug K. Handshoe (Truitt - PHV, Jack) (Entered: 10/08/2014) |

| | | |
|---|---|---|
| 11/24/2014 | **62** (p.1728) | ORDER denying 61 (p.1725) Motion for Writ of Garnishment Signed by Chief District Judge Louis Guirola, Jr on 11/24/2014 (Guirola, Louis) (Entered: 11/24/2014) |
| 05/21/2015 | **63** (p.1730) | MOTION for Original Discipline Under L.U.Civ.R.83.1(c)(1) by Charles Leary (Attachments: # 1 (p.14) Envelope)(wld) (Entered: 05/21/2015) |
| 05/21/2015 | **64** (p.1733) | MEMORANDUM/BRIEF in Support re 63 (p.1730) MOTION for Original Discipline Under L.U.Civ.R.83.1(c)(1) filed by Charles Leary (Attachments: # 1 (p.14) Exhibit A-Assignment of Rights and Claims, # 2 (p.33) Exhibit B-Petition of Intervention, # 3 (p.72) Exhibit C-Letter and Answer to Petition for Injunctive Relief, # 4 (p.74) Exhibit D-Petition for Damages, # 5 (p.82) Exhibit E-Blog, # 6 (p.87) Exhibit F-Summons and Amended Complaint, # 7 (p.529) Exhibit G-Portion of Letter, # 8 (p.620) Exhibit H-Portion of Letter, # 9 Exhibit I-Portion of Brief, # 10 (p.799) Exhibit J-Affidavit, # 11 (p.976) Exhibit K-Supreme Court of Louisiana Documents, # 12 (p.985) Exhibit L-Court of Appeal, Fourth Circuit, State of Lousiana Document, # 13 (p.988) Envelope)(wld) (Entered: 05/21/2015) |
| 05/27/2015 | **65** (p.1827) | MEMORANDUM in Opposition re 63 (p.1730) MOTION for Original Discipline Under L.U.Civ.R.83.1(c)(1) filed by Doug K. Handshoe (Attachments: # 1 (p.14) Exhibit 1 - Assignment of Rights and Claims, # 2 (p.33) Exhibit 2 - Email of October 9, 2014, # 3 (p.72) Exhibit 3 - Email from PACER of October 8, 2014)(Truitt - PHV, Jack) (Entered: 05/27/2015) |
| 06/09/2015 | **66** (p.1837) | ORDER denying 63 (p.1730) Motion for Original Discipline by Plaintiff Charles Leary against attorneys G. Gerald Cruthird and Jack E. Truitt. Signed by Chief District Judge Louis Guirola, Jr on 6/9/15 (PKS) (Entered: 06/09/2015) |
| 06/11/2015 | **67** (p.1841) | REBUTTAL MEMORANDUM/BRIEF re 63 (p.1730) MOTION for Original Discipline Under L.U.Civ.R.83.1(c)(1) filed by Charles Leary (Attachments: # 1 (p.14) Exhibit A-Fifth Circuit Court of Appeal Order, # 2 (p.33) Exhibit B-Letter to Judge Guirola, # 3 (p.72) Exhibit C-Cipy of Email, # 4 (p.74) Exhibit D-Copy of Email, # 5 (p.82) Exhibit E-Copy of Email, # 6 (p.87) Envelope)(wld) (Entered: 06/11/2015) |
| 06/11/2015 | **68** (p.1907) | CERTIFICATE OF SERVICE by Charles Leary re 67 (p.1841) Memorandum (Attachments: # 1 (p.14) Envelope)(wld) (Entered: 06/11/2015) |
| 04/27/2016 | **69** (p.1909) | MOTION for Leave to File Excess Pages by Charles Leary (Attachments: # 1 (p.14) Envelope)(wld) (Entered: 04/27/2016) |
| 04/27/2016 | | Change of Street Address as to Charles Leary to address on document #69 (wld) (Entered: 04/27/2016) |
| 04/27/2016 | | (Court only) ***Staff notes: Pro Se Consent & Registration Form to Receive Documents Electronically mailed to Charles Leary. (wld) (Entered: 04/27/2016) |
| 05/02/2016 | | TEXT ONLY ORDER denying 69 (p.1909) Motion for Leave to File Excess Pages. A copy of this Order is being mailed this date to Mr. Leary at the address provided. NO FURTHER WRITTEN ORDER WILL ISSUE FROM THE COURT. Signed by Chief District Judge Louis Guirola, Jr on 5/2/2016 (JSM) (Entered: 05/02/2016) |
| 06/09/2016 | **70** (p.1912) | MOTION to Vacate 56 (p.1665) Order on Motion for Taxation of Costs, 35 (p.1503) Order on Motion for Summary Judgment, by Charles Leary (Attachments: # 1 (p.14) Envelope)(wld) (Entered: 06/09/2016) |

| 06/09/2016 | 71 (p.1915) | MEMORANDUM in Support re 70 (p.1912) MOTION to Vacate 56 (p.1665) Order on Motion for Taxation of Costs, 35 (p.1503) Order on Motion for Summary Judgment, filed by Charles Leary (Attachments: # 1 (p.14) Envelope)(wld) (Entered: 06/09/2016) |
| --- | --- | --- |
| 06/09/2016 | 72 (p.1945) | MOTION to Vacate 56 (p.1665) Order on Motion for Taxation of Costs, 35 (p.1503) Order on Motion for Summary Judgment, by Vaughn Perret (Attachments: # 1 (p.14) Envelope)(wld) (Entered: 06/09/2016) |
| 06/09/2016 | 73 (p.1948) | MEMORANDUM in Support re 72 (p.1945) MOTION to Vacate 56 (p.1665) Order on Motion for Taxation of Costs, 35 (p.1503) Order on Motion for Summary Judgment, filed by Vaughn Perret (Attachments: # 1 (p.14) Envelope)(wld) (Entered: 06/09/2016) |
| 06/09/2016 | | DOCKET ANNOTATION as to #73. This brief was received by clerk's office with two page ones. There appears to be a slight difference between the two with the case citing. This annotation and copy of each page one is being mailed with Notice of Electronic Filing (NEF) to Mr. Perret. (wld) (Entered: 06/09/2016) |
| 07/08/2016 | 74 (p.1973) | ORDER denying 70 (p.1912) Motion to Vacate Order ; denying 72 (p.1945) Motion to Vacate Order Signed by Chief District Judge Louis Guirola, Jr on 07/08/2016 (Guirola, Louis) (Entered: 07/08/2016) |
| 07/22/2016 | 75 (p.1977) | NOTICE OF APPEAL as to 74 (p.1973) Order on Motion to Vacate, by Charles Leary, Vaughn Perret. Filing fee $ 505, receipt number 14643008291. (Attachments: # 1 (p.14) - Envelope)(JCH) (Entered: 07/22/2016) |
| 07/27/2016 | 76 (p.1980) | Appeal Remark re 75 (p.1977) Notice of Appeal : Copy of Letter to Charles Leary and Vaughn Perret from U.S. Court of Appeals. (wld) (Entered: 07/27/2016) |

TAB 2

Case 1:12-cv-00090-LG-JMR   Document 75   Filed 07/22/16   Page 1 of 2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION



**SOUTHERN DISTRICT OF MISSISSIPPI**
**F I L E D**

**JUL 22 2016**

ARTHUR JOHNSTON
BY_____DEPUTY

TROUT POINT LODGE, LIMITED, A Nova Scotia
Limited Company; VAUGHN PERRET and
CHARLES LEARY                                                          **PLAINTIFFS**

**VERSUS**                             **CIVIL ACTION NO: 1:12CV00090 LG-JMR**

**DOUG K. HANDSHOE**                                        **DEFENDANT**

---

### NOTICE OF APPEAL

---

NOTICE is hereby given that Vaughn Perret and Charles Leary in the above styled case,

hereby appeal to the United States Court of Appeals for the Fifth Circuit the District Court's

Order Denying Plaintiffs' Motions to Vacate [Docket Nos. 70, 72] entered in this case on July 8,

2016 [Docket No. 74]. The filing fee for the appeal is enclosed herewith.

Respectfully submitted, this 15th day of July, 2016.

Vaughn Perret and Charles Leary

By: _____
Dr. Charles L. Leary
140 Trout Point Rd.,
Kemptville, NS B5A 5X9
Canada

By: _____
Vaughn J. Perret
140 Trout Point Rd.,
Kemptville, NS B5A 5X9
Canada

{GP027053.1}                              1

## CERTIFICATE OF SERVICE

I, Dr. Charles L. Leary, do hereby certify that I have sent a true and correct copy of the foregoing Notice of Appeal by email delivery:

G. Gerald Cruthird, Esquire
Post Office Box 1050
Picayune, Mississippi  39466
Email:  ggeraldc@bellsouth.net


Jack E. Truitt, Esquire
The Truitt Law Firm, LLC
149 North New Hampshire Street
Covington, LA  70433
Email:  mail@truittlaw.com


This the 15th day of July, 2018.

Dr. Charles L. Leary

{GP027053.1}                                          2

16-60508.1978

TAB 3

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**

MAR 26 2012

J T NOBLIN CLERK

BY_____ DEPUTY

| | |
|---|---|
| TROUT POINT LODGE, LIMITED,<br>A Nova Scotia Limited Company;<br>VAUGHN PERRET and<br>CHARLES LEARY,<br><br>                Plaintiff,<br><br>v.<br><br>DOUG K. HANDSHOE,<br><br>                Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>Civil Action No.: **1.12CV9016-JMR** |

### DEFENDANT'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 *et seq.*, Defendant, Doug K. Handshoe, files this Notice of Removal of the Civil Action filed against him by Plaintiffs, Trout Point Lodge, Limited, Vaughn Perret and Charles Leary, and states as follows:

1.      On March 8, 2012, Plaintiffs' filed their Motion to Enroll Foreign Judgment in the lawsuit styled *Trout Point Lodge, Limited, A Nova Scotia Limited Company; Vaughn Perret and Charles Leary v. Doug K. Handshoe*, Civil Action No. 12-0103, in the Circuit Court of Hancock County, Mississippi.

2.      The Defendant, Doug K. Handshoe, was served with notice of such filing on or about March 9, 2012.

3.      Removal is proper under 28 U.S.C. § 4103, because Plaintiffs' suit involves a Federal question.  Specifically, Plaintiffs have alleged defamation via the internet by Defendant in securing rendition of a foreign judgment against Defendant in the Supreme Court of Nova

Scotia, Canada on or about February 2, 2012; and in response thereto Defendant has filed his suit in this Court, styled *Slabbed New Media, LLC, a Mississippi LLC, Douglas Handshoe vs. Trout Point Lodge, Limited, a Foreign Limited Company; Charles Leary and Vaughn Perret,* Civil Action No. 1:12-CV-00038-RHW, filed in the United States District Court for the Southern District of Mississippi, Southern Division, under the provisions of the Securing The Protection Of Our Enduring and Established Constitutional Heritage Act, pursuant to 28 U.S.C. Sections 4101, *et seq.*

4.     Venue is proper in this district under 28 U.S.C. § 1441(a) because the State Court where the action has been pending is located in this district.

5.     This Notice is being filed with this Court within thirty (30) days after Defendant received a copy of Plaintiffs' initial pleading, Motion to Enroll Foreign Judgment.

6.     Defendant would further show that true and correct copies of all process, pleadings and orders filed to date in the above described State Court action are attached hereto as Exhibit "A"; and that no other process, pleadings, or orders have been served upon Defendant to date in this action.

7.     Defendant files this Notice without waiving any defenses to the claims asserted by Plaintiff or conceding that Plaintiffs' above described foreign judgment can be enrolled or enforced.

8.     Defendant is filing contemporaneously with this Notice, a Notice of Filing Notice of Removal with the Clerk of the Circuit Court of Hancock County, Mississippi, informing the Clerk that this action is being removed. A copy of said Notice of Filing Notice of removal is attached as Exhibit "B".

Defendant prays that this Court take jurisdiction of this action to its conclusion, to the exclusion of any further proceedings in the State Court in accordance with the law.   Defendant also prays for such other and further relief to which it may be justly entitled.

DATED:   March 23, 2012

Respectfully Submitted,

**G. GERALD CRUTHIRD, Esquire**
Mississippi Bar No. 7926
G. GERALD CRUTHIRD, P.A.
Attorneys at Law
P. O. Box 1056
121 Fourth Street
Picayune, MS  39466
Telephone:  (601) 798-0220
Facsimile:  (601) 798-4591
Email:  ggeraldc@bellsouth.net

**CO-COUNSEL FOR DEFENDANT**


**JACK E. "BOBBY" TRUITT, Esquire**
The Truitt Law Firm, L.L.C.
149 North New Hampshire Street
Covington, LA  70433-3235
Telephone:  (985) 327-5266
Facsimile:  (985) 327-5252
Mobile:  (985) 778-1973
Email:  btruitt@truittlaw.com

**CO-COUNSEL FOR DEFENDANT,
APPEARING PRO HAC VICE**

3

## CERTIFICATE OF SERVICE

I hereby certify I have mailed (via U.S. Mail) a copy of the foregoing Defendant's Notice

of Removal to the following:

> Henry Laird, Esquire
> Mississippi Bar No. 1774
> Jones, Walker, Waechter, Poitevent,
> Carrere & Denegre, LLP
> 2510 14th Street, Suite 1125 (39501)
> Post Office Drawer 160
> Gulfport, MS   39502
> Telephone:   (228) 864-3094
> Facsimile:   (228) 864-0516
> Email:   hlaird@joneswalker.com
> *Attorneys for Plaintiff*

and have hand delivered a true and correct copy unto

> Karen Ladner Ruhr
> Circuit Clerk of Hancock County, Mississippi
> 152 Main Street, Suite B
> Bay St. Louis, MS   39520

THIS the _____26th_____ day of March, 2012.

_____
G. GERALD CRUTHIRD

4

CERTIFICATE OF CLERK

STATE OF MISSISSIPPI

COUNTY OF HANCOCK

I, Karen Ladner Ruhr, Circuit Clerk of the said County and State, hereby certify that the

foregoing pages contain a true and correct copy of the complete file in Cause No.

12-0103 styled Trout Point Lodge et al versus Doug K. Handshoe as appears on file in

my office this date.

Given under my hand official seal affixed, this the 14th day of March, 2012.

KAREN LADNER RUHR
CIRCUIT CLERK
HANCOCK COUNTY, MS

By:_____ DC

EXHIBIT
"A"

16-60508.18

IN THE CIRCUIT COURT OF HANCOCK COUNTY, MISSISSIPPI

**PLAINTIFFS**

CAUSE NO: _12-0103_

VERSUS

**DEFENDANT**

MOTION TO ENROLL FOREIGN JUDGMENT

Judgment creditors, Trout Point Lodge, Limited, Vaughn Perret ... Motion to Enroll Foreign Judgment against ... in support thereof would submit a true and ... Affidavit of Henry Laird as Exhibit "B".

Respectfully submitted this 8th day of March, 2012.

Trout Point Lodge, Limited, Vaughn Perret and Charles Leary, Judgment Creditors.

Henry Laird, Mississippi Bar No. 1774.

FILED

MAR 08 2012

KAREN LADNER RUHR
CIRCUIT CLERK, HANCOCK CO.
BY_____ D.C.

Case 1:12-cv-00090-LG-JMR   Document 1-1   Filed 03/26/12   Page 3 of 12

## CERTIFICATE OF SERVICE

I, Jenny Jarrell, do hereby certify that I have this day mailed by United States mail, postage prepaid, a true and correct copy of the foregoing Motion to Enroll Foreign Judgment to the following:

Daniel J. Ramulski
345 Caroll Avenue
Bay St. Louis, Mississippi 39520

This the ___ day of ___ 2012.

Jenny Jarrell
MSB # 774
Jones, Walker, Waechter, Poitevent,
Carrère & Denègre, LLP
2510 14th Street, Suite 1125 (39501)
Post Office Drawer 160
Gulfport, MS  39502
Telephone: (228) 864-3094
Facsimile: (228) 864-0516
Email: jjarrell@joneswalker.com

2011

Yar. No. 3524

IN THE SUPREME COURT OF NOVA SCOTIA
BETWEEN:

Trout Point Lodge, Limited, a *Nova Scotia Limited Company*, Vaughn Perret & Charles Leary

- and –

Doug K. Handshoe and Jane Doe

Defendants

## ORDER

Before the Honourable Justice Suzanne Hood in chambers:

A motion was made by Trout Point Lodge, Charles Leary, and Vaughan Perret for assessment of damages and injunctive relief against Doug K. Handshoe.

Having reviewed the affidavits of Charles Leary and Vaughan Perret, and having heard Charles Leary and Vaughan Perret on behalf of the Plaintiffs in chambers, on the motion of Trout Point Lodge, Charles Leary, and Vaughn Perret the following is ordered:

The Defendant Douglas K Handshoe of Mississippi as a joint and concurrent tortfeasor shall

pay to the plaintiffs the following damages:

- to Trout Point Lodge: $75,000 in general damages
- to Vaughan Perret, $100,000 in general damages; $50,000 in aggravated damages; and $25,000 in punitive damages;
- to Charles Leary, $100,000 in general damages; $50,000 in aggravated damages; and $25,000 in punitive damages;

as well as costs of $2,000.

In addition, I order a permanent injunction to issue against the defendant, Douglas K. Handshoe, restraining him from disseminating, posting on the Internet or publishing, in any manner whatsoever, directly or indirectly, any statements or comments about the plaintiffs, Trout Point Lodge, Charles L. Leary, and Vaughan J. Perret. This injunction shall include the publication, circulation and promotion on the blog named Slabbed, and any similar or other publications. For further particularity, the defendant shall not publish or cause to be published or otherwise disseminate or distribute in any manner whatsoever, whether by way of the Internet or other medium, any statements or other communications which refer to the plaintiffs by name, depiction or description.

I also order a mandatory injunction to issue against the above-named Defendant regarding continued publication in any manner whatsoever, whether by way of the Internet or other medium, any statements

IN THE SUPREME COURT OF NOVA SCOTIA
I hereby certify that the foregoing document
is a true copy of the original.
Dated 2 day of February, 2010.

Prothonotary

Elaine L. d'Entremont
Prothonotary

EXHIBIT
"A"

or other communications which refer to the plaintiffs by name, depiction or description. All such
material is hereby ordered to be immediately removed from publication.

Issued February 2 , 2012

Elaine L. d'Entremont
Prothonotary

Prothonotary

IN THE CIRCUIT COURT OF HANCOCK COUNTY, MISSISSIPPI

TROUT POINT LODGE, LIMITED, A Nova Scotia
Limited Company; VAUGHN PERRET and
CHARLES LEARY                                                    PLAINTIFFS

VERSUS                                          CAUSE NO: _____

DOUG K. HANDSHOE                                                DEFENDANT

_____

AFFIDAVIT OF HENRY LAIRD

_____

STATE OF MISSISSIPPI
COUNTY OF HARRISON

        PERSONALLY APPEARED BEFORE ME the undersigned authority for the County and

State aforesaid the within named Henry Laird of Jones, Walker, Waechter, Poitevent, Carrère &

Denègre, LLP, says the following things are true:

        1.      He makes this Affidavit on personal knowledge, representations of the Plaintiffs

and upon the Order entered February 2, 2012 in the Supreme Court of Nova Scotia styled: *Trout*

*Point Lodge, Limited, a Nova Scotia Limited Liability Company, Vaughn Perret & Charles*

*Leary -and- Doug K. Handshoe and Jane Doe*, Yar. No: 353654.

        2.      Attached hereto as Exhibit "A" is a true, correct and certified copy of the

Judgment in favor of Trout Point Lodge, Limited, Vaughn Perret & Charles Leary against Doug

K. Handshoe.

        3.      The name of the judgment debtor in the above styled case is Doug K. Handshoe,

and last known post office address is 345 Carroll Avenue, Bay St. Louis, Mississippi 39520.

The post office address of the judgment creditors, Trout Point Lodge, Charles Leary and Vaughn

Perret  is 189 Trout Point Road, Kemptville, NS B0W 1Y0 Canada.

{GP000691.1}



EXHIBIT
"B"

or other communications which refer to the plaintiffs by name, depiction or description. All such
material is hereby ordered to be immediately removed from publication.

Issued February 2 , 2012

Elaine L. d'Entremont
Prothonotary

Prothonotary

## CERTIFICATE OF SERVICE

I, Henry Laird, do hereby certify that I have this day mailed by United States mail, postage prepaid, a true and correct copy of the foregoing Motion to Enroll Foreign Judgment to the following:

Doug K. Handshoe
345 Carroll Avenue
Bay St. Louis, Mississippi  39520

This the 8th day of March, 2012.

Henry Laird
MSB# 1774
Jones, Walker, Waechter, Poitevent,
Carrère & Denègre, LLP
2510 14th Street, Suite 1125 (39501)
Post Office Drawer 160
Gulfport, MS  39502
Telephone: (228) 864-3094
Facsimile: (228) 864-0516
Email: hlaird@joneswalker.com

{GP000720.1}

2011

Yar. No. 3516

IN THE SUPREME COURT OF NOVA SCOTIA
BETWEEN:

Trout Point Lodge, Limited, a Nova Scotia Limited
Company, Vaughn Perret & Charles Leary

- and -

Doug K. Handshoe and Jane Doe

Defendants

ORDER

Before the Honourable Justice Suzanne Hood in chambers:

A motion was made by Trout Point Lodge, Charles Leary, and Vaughan Perret for assessment of
damages and injunctive relief against Doug K. Handshoe.

Having reviewed the affidavits of Charles Leary and Vaughan Perret, and having heard Charles Leary
and Vaughan Perret on behalf of the Plaintiffs in chambers, on the motion of Trout Point Lodge,
Charles Leary, and Vaughn Perret the following is ordered:

The Defendant Douglas K Handshoe of Mississippi as a joint and concurrent tortfeasor shall

pay to the plaintiffs the following damages:

- to Trout Point Lodge: $75,000 in general damages
- to Vaughan Perret, $100,000 in general damages; $50,000 in aggravated damages; and $25,000
  in punitive damages;
- to Charles Leary, $100,000 in general damages; $50,000 in aggravated damages; and $25,000
  in punitive damages;

as well as costs of $2,000.

In addition, I order a permanent injunction to issue against the defendant, Douglas K.
Handshoe, restraining him from disseminating, posting on the Internet or publishing, in any manner
whatsoever, directly or indirectly, any statements or comments about the plaintiffs, Trout Point Lodge,
Charles L. Leary, and Vaughan J. Perret. This injunction shall include the publication, circulation and
promotion on the blog named Slabbed, and any similar or other publications.  For further particularity,
the defendant shall not publish or cause to be published or otherwise disseminate or distribute in any
manner whatsoever, whether by way of the Internet or other medium, any statements or other
communications which refer to the plaintiffs by name, depiction or description.

I also order a mandatory injunction to issue against the above-named Defendant regarding continued
publication in any manner whatsoever, whether by way of the Internet or other medium, any statements

IN THE SUPREME COURT OF NOVA SCOTIA
I hereby certify that the foregoing document
is a true copy of the original.
Dated 2 day of February, 2012

Prothonotary

Elaine L. d'Entremont
Prothonotary

EXHIBIT

"A"



U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

**OFFICIAL USE**

| Postage | $ | |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To
Doug Handshoe
Street, Apt. No.; or PO Box No. 345 Carroll Ave.
City, State, ZIP+4 Bay St. Louis MS 39520

7010 3670 0001 6459 1457

FILED

MAR 1 2 2012

KAREN LADNER RUHR
CIRCUIT CLERK, HANCOCK CO.
BY _____ D.C.

# COVER SHEET
## Civil Case Filing Form
*(To be completed by Attorney/Party*
*Prior to Filing of Pleading)*

Mississippi Supreme Court    Form AOC/01
Administrative Office of Courts    (Rev 2009)

In the **CIRCUIT**    Court of **HANCOCK**    County — ____    Judicial District

**Origin of Suit (Place an "X" in one box only)**

- [X] Initial Filing
- [ ] Reinstated
- [ ] Remanded
- [ ] Reopened
- [ ] Foreign Judgment Enrolled
- [ ] Joining Suit/Action
- [ ] Transfer from Other court
- [ ] Appeal
- [ ] Other

**Plaintiff - Party(ies) Initially Bringing Suit Should Be Entered First - Enter Additional Plaintiffs on Separate Form**

Individual

| Last Name | First Name | Maiden Name, if applicable | M.I. | Jr/Sr/III/IV |
|---|---|---|---|---|

____ Check ( x ) if individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of ____

____ Check ( x ) if individual Plaintiff is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity:
D/B/A or Agency ____

Business **Trout Point Lodge, Ltd.**
Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated

____ Check ( x ) if Business Plaintiff is filing suit in the name of an entity other than the above, and enter below:
D/B/A ____

Address of Plaintiff **189 Trout Point Road, Kemptville, NS B0W 1Y0 Canada**

Attorney (Name & Address) **Henry Laird, Post Office Box 160, Gulfport, MS 39502**    MS Bar No. **1774**

____ Check ( x ) if individual Filing Initial Pleading is NOT an attorney
Signature of Individual Filing ____

**Defendant - Name of Defendant - Enter Additional Defendants on Separate Form**

Individual **Handshoe**    **Doug**    **K.**

| Last Name | First Name | Maiden Name, if applicable | M.I. | Jr/Sr/III/IV |
|---|---|---|---|---|

____ Check ( x ) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of **345 Carroll Avenue, Bay St. Louis, MS**

____ Check ( x ) if individual Defendant is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity:
D/B/A or Agency ____

Business ____
Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated

____ Check ( x ) if Business Defendant is acting in the name of an entity other than the above, and enter below:
D/B/A ____

Attorney (Name & Address) - If Known ____    MS Bar No. ____

**Damages Sought:**    Compensatory $ ____    Punitive $ ____    Check ( x ) if child support is contemplated as an issue in this suit.*
*If checked, please submit completed Child Support Information Sheet with this Cover Sheet

**Nature of Suit (Place an "X" in one box only)**

| | | | |
|---|---|---|---|
| [ ] Child Custody/Visitation | [ ] Accounting (Business) | [ ] Adoption - Contested | [ ] Adverse Possession |
| [ ] Child Support | [ ] Business Dissolution | [ ] Adoption - Uncontested | [ ] Ejectment |
| [ ] Contempt | [ ] Debt Collection | [ ] Consent to Abortion Minor | [ ] Eminent Domain |
| [ ] Divorce:Fault | [ ] Employment | [ ] Removal of Minority | [ ] Eviction |
| [ ] Divorce: Irreconcilable Diff. | [X] Foreign Judgment | [ ] Other ____ | [ ] Judicial Foreclosure |
| [ ] Domestic Abuse | [ ] Garnishment | | [ ] Lien Assertion |
| [ ] Emancipation | [ ] Replevin | [ ] Elections | [ ] Partition |
| [ ] Modification | [ ] Other ____ | [ ] Expungement | [ ] Tax Sale: Confirm/Cancel |
| [ ] Paternity | | [ ] Habeas Corpus | [ ] Title Boundary or Easement |
| [ ] Property Division | [ ] Accounting (Probate) | [ ] Post Conviction Relief/Prisoner | [ ] Other ____ |
| [ ] Separate Maintenance | [ ] Birth Certificate Correction | [ ] Other ____ | |
| [ ] Termination of Parental Rights | [ ] Commitment | | [ ] Bad Faith |
| [ ] UIFSA (eff 7/1/97; formerly URESA) | [ ] Conservatorship | [ ] Breach of Contract | [ ] Fraud |
| [ ] Other ____ | [ ] Guardianship | [ ] Installment Contract | [ ] Loss of Consortium |
| | [ ] Heirship | [ ] Insurance | [ ] Malpractice - Legal |
| [ ] Administrative Agency | [ ] Intestate Estate | [ ] Specific Performance | [ ] Malpractice - Medical |
| [ ] County Court | [ ] Minor's Settlement | [ ] Other ____ | [ ] Mass Tort |
| [ ] Hardship Petition (Driver License) | [ ] Muniment of Title | | [ ] Negligence - General |
| [ ] Justice Court | [ ] Name Change | [ ] Bond Validation | [ ] Negligence - Motor Vehicle |
| [ ] MS Dept Employment Security | [ ] Testate Estate | [ ] Civil Forfeiture | [ ] Product Liability |
| [ ] Worker's Compensation | [ ] Will Contest | [ ] Declaratory Judgment | [ ] Subrogation |
| [ ] Other ____ | [ ] Other ____ | [ ] Injunction or Restraining Order | [ ] Wrongful Death |
| | | [ ] Other ____ | [ ] Other ____ |

FURTHER THIS AFFIANT SAYETH NOT.

HENRY LAIRD

SWORN TO AND SUBSCRIBED before me, this the 8th day of March, 2012.

Notary Public

(Seal)

My Commission Expires:

{GP000691.1}

IN THE CIRCUIT COURT OF HANCOCK COUNTY

STATE OF MISSISSIPPI

| | |
|---|---|
| TROUT POINT LODGE, LIMITED,<br>A Nova Scotia Limited Company;<br>VAUGHN PERRET and<br>CHARLES LEARY,<br><br>               Plaintiff,<br><br>v.<br><br>DOUG K. HANDSHOE,<br><br>               Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No.: 12-0103 |

## NOTICE OF FILING NOTICE OF REMOVAL

Defendant, by its undersigned counsel, hereby gives notice that it has filed a Notice of Removal in the United States District Court for the Southern District of Mississippi in the case styled Trout Point Lodge, Limited, A Nova Scotia Limited Company; Vaughn Perret and Charles Leary v. Doug K. Handshoe, Civil Action No. 12-0103.   A copy of the Notice of removal is attached as Exhibit "1".

DATED:  March 23, 2012

G. GERALD CRUTHIRD, Esquire
Mississippi Bar No. 7926
G. GERALD CRUTHIRD, P.A.
Attorneys at Law
P. O. Box 1056
121 Fourth Street
Picayune, MS   39466
Telephone:  (601) 798-0220
Facsimile:  (601) 798-4591
Email:  ggeraldc@bellsouth.net

COUNSEL FOR DEFENDANT

EXHIBIT
"B"