# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

September 21, 2016

Mr. Charles Leary
and
Mr. Vaughn Perret
140 Trout Point Road
Kemptville, Nova Scotia, B5A 5X9
Canada

        No. 16-60508     Trout Point Lodge, Limited, et al v. Doug
                         Handshoe
                         USDC No. 1:12-CV-90

Dear Appellants,

The following pertains to your appellants' record excerpts filed
in paper form on September 20, 2016.

The record excerpts are insufficient for the following reasons and
must be corrected within the next **14 days**:

   1. The Table of Contents must be corrected to include the record
      citation of each document listed (See 5TH CIR. R. 30.1.7(a)
      and 5TH CIR. R. 28.2.2).

      **Example:** The District Sheet record citation would be ROA.1-
      13. Appellants must add said record citation to the Table of
      Contents, and the record citation of all other documents
      listed.

   2. Only 3 copies of the record excerpts were receive by the
      Court, yet 4 copies are required (See 5TH CIR. R. 30.1.2).
      Appellants must provide a total of 4 sufficient record
      excerpts paper copies to the Court.

You may:

   1. Send someone to this office to correct the record excerpts,
      and provide the additional copy;

   2. Send someone to pick up the record excerpts, correct and
      return them along with the additional copy;

   3. Advise this office of a shipping account number, i.e., a
      FedEx, UPS, etc., account number, and we will return your
      record excerpts. You must then mail the corrected set of 4
      record excerpts to this office;

   4. Send a corrected set of 4 record excerpts and we will recycle
      those already on file.

Failure to timely provide a sufficient set of 4 appellants' record
excerpts paper copies may result in the dismissal of your appeal
pursuant to 5TH CIR. R. 42.3.

The appellee's brief is due to be filed by October 24, 2016.

Sincerely,

LYLE W. CAYCE, Clerk

By:
Dantrell L. Johnson, Deputy Clerk
504-310-7689

cc:  Mr. G. Gerald Cruthird

**P.S. to Mr. Cruthird:** Attorneys must register for mandatory Electronic Case Filing (ECF) via the Fifth Circuit's website, www.ca5.uscourts.gov. Once you have registered for ECF, you must then electronically file an appearance form in this case (The appearance form is also found on the Court's website). Thereafter, you may gain access to the on-line electronic District Court record on appeal, and then electronically file the appellee's brief by the deadline of October 24, 2016.