NO. 16-60508

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

TROUT POINT LODGE, LIMITED, A Nova Scotia Limited Company;
VAUGHN PERRET AND CHARLES LEARY, APPELLANTS

Versus

DOUGLAS K. HANDSHOE, APPELLEE
_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION
_____

MOTION FOR EXTENSION OF TIME
TO FILE APPELLEE BRIEF
_____

**THE TRUITT LAW FIRM**
A Limited Liability Company
JACK E. TRUITT, LA. BAR NO. 18476
149 North New Hampshire Street
Covington, Louisiana 70433
Telephone: (985) 327-5266
Facsimile: (985) 327-5252
Email: mail@truittlaw.com
Counsel for Appellee, Douglas K. Handshoe

## MOTION FOR EXTENSION OF TIME

**NOW INTO COURT**, through undersigned counsel, comes appellee/defendant, Douglas K. Handshoe, and respectfully moves this Honorable Court for an extension of time of ten (10) days to file the Appellee Brief. Counsel will be in a weeklong trial in Civil District Court for Orleans Parish, entitled, *Kathryn Olavarrieta vs. Rotolo's LLC, et al,* and needs additional time to prepare. Mover respectfully represents that no previous extensions have been requested. Appellants are unrepresented and reside in Canada. They have not listed their telephone number with the Court and mover attempted to contact them at the Trout Point Lodge, but has been unable to reach them. Counsel has independently learned, though, that the appellants are presently in Spain.

> Respectfully submitted,
> **THE TRUITT LAW FIRM**
> A Limited Liability Company
>
> /S/ *Jack E. Truitt*
> JACK E. TRUITT, BAR NO. 18476, T.A.
> 149 North New Hampshire Street
> Covington, Louisiana 70433
> Telephone: (985) 327-5266
> Facsimile: (985) 327-5252
> Email: mail@truittlaw.com
> Counsel for Appellee, Douglas K. Handshoe

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been duly served on all counsel of record by depositing same into the U.S. Mail, postage pre-paid, and/or by hand and/or by facsimile and/or by electronic means on October 7, 2016.

/S/ *Jack E. Truitt*