# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

October 11, 2016

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 16-60508    Trout Point Lodge, Limited, et al v. Doug Handshoe
                    USDC No. 1:12-CV-90

The court has granted an extension of time to and including November 4, 2016 for filing appellee's/respondent's brief in this case.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Cindy M. Broadhead, Deputy Clerk
                              504-310-7707

Mr. G. Gerald Cruthird
Mr. Arthur S. Johnston III
Mr. Charles Leary
Mr. Vaughn Perret
Mr. Jack Etherton Truitt