# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

November 07, 2016

Mr. Jack Etherton Truitt
Truitt Law Firm, L.L.C.
149 N. New Hampshire Street
Covington, LA 70433

    No. 16-60508    Trout Point Lodge, Limited, et al v. Doug Handshoe
                       USDC No. 1:12-CV-90

Dear Mr. Truitt,

The following pertains to appellee's brief electronically filed on November 3, 2016.

The appellee's brief is insufficient for the following reason and must be corrected within the next **14 days**:

- The separate "Statement of Facts Relevant to the Issues Submitted for Review" must be removed from the brief. Effective December 1, 2013, there was a Fifth Circuit Rule change that eliminated the need for a separate Statement of the Facts. Instead, the Court requires a concise Statement of the Case setting out the facts relevant to the issues submitted for review (See FED. R. APP. P 28(a)(6) and Fifth Circuit Rule 28.3(g)).

  Another acceptable option is that the separate "Statement of Facts Relevant to the Issues Submitted for Review" may be moved to appear as a sub-heading under a different section of the brief (i.e., the separate "Statement of Facts Relevant to the Issues Submitted for Review" may be moved to appear as a sub-heading under the "Statement of the Case" section of the brief).

  **Note:** The Table of Contents must be amended to reflect the changes made to the content of the brief.

**Once you have prepared your sufficient brief, you must electronically file the proposed sufficient brief by selecting from the Briefs category the event, Proposed Sufficient Brief, via the electronic filing system.** Please do not send paper copies of the brief until requested to do so by the clerk's office. The brief is not sufficient until final review by the clerk's office. If the brief is in compliance, paper copies will be requested and you will receive a notice of docket activity advising you that the sufficient brief filing has been accepted and no further corrections are necessary.

Failure to timely docket the Proposed Sufficient Brief event may result in the appellee's brief being stricken.

The appellants' reply brief is due to be filed by November 21, 2016.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Dantrell L. Johnson, Deputy Clerk
504-310-7689

cc: Mr. Charles Leary
    Mr. Vaughn Perret