# *United States Court of Appeals*
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**  
**CLERK**

**TEL. 504-310-7700**  
**600 S. MAESTRI PLACE**  
**NEW ORLEANS, LA 70130**

November 14, 2016

Mr. Jack Etherton Truitt  
Truitt Law Firm, L.L.C.  
149 N. New Hampshire Street  
Covington, LA 70433

    No. 16-60508    Trout Point Lodge, Limited, et al v. Doug Handshoe  
                    USDC No. 1:12-CV-90

Dear Mr. Truitt,

We have reviewed your electronically filed Appellee's Brief and it is sufficient.

You must submit the 7 paper copies of your brief required by 5TH CIR. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

The paper copies of your brief/record excerpts must **not** contain a header noting "RESTRICTED". Therefore, please be sure that you print your paper copies **from this notice of docket activity** and not the proposed sufficient brief/record excerpts filed event so that it will contain the proper filing header. Alternatively, you may print the sufficient brief/record excerpts directly from your original file without any header.

Sincerely,

LYLE W. CAYCE, Clerk

*/s/ Connie C Brown*

By: _____  
Connie Brown, Deputy Clerk  
504-310-7671

cc:  
    Mr. Charles Leary  
    Mr. Vaughn Perret